# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| JIMMY NAZARIO, JR., | ) |
| | ) |
| Petitioner/Appellant, | ) |
| | ) |
| vs. | )  Case No.  18-6086 |
| | ) |
| JOE ALLBAUGH, DIRECTOR, OKLAHOMA DEPARTMENT OF CORRECTIONS, | ) |
| | ) |
| Respondent/Appellee. | ) |

## MOTION TO FILE AMENDED BRIEF AND APPENDIX

Petitioner/Appellant, Jimmy Nazario, Jr. moves this Court, for leave to file an Amended Brief and Appendix and, in support thereof, states as follows:

1)  Mr. Nazario's Brief and Appendix were filed on August 1, 2018.  Prior to the filing of this Brief and Appendix, Counsel had filed a Motion to Exempt Certain Documents from the Appendix, and it was listed what would be included in the Appendix and what documents would be transmitted from the district court clerk's office.  Those listings are as follows:

**TRANSMITTED FROM THE DISTRICT COURT CLERK**:

State's Response (with attachments) (Doc. 8) filed December 9, 2016.

State Court Records (Docs. 9 and 10) filed December 9, 2016.

**INCLUDED IN THE APPENDIX ACCOMPANYING BRIEF**:

- District Court Docket Sheets;

- Petition for Writ of Habeas Corpus (with attachments) (Doc. 1) filed October 31, 2016 ;

- Brief in Support of Petition for Writ of Habeas Corpus (with attachments) (Doc. 2) filed October 31, 2016;

- Petitioner's Reply Brief (Doc. 13) filed January 5, 2017.

- Report and Recommendation (Doc. 14) filed February 13, 2018;

- Objection to the Report and Recommendation (Doc. 15) filed March 6, 2018;

- Order Adopting Report and Recommendation and Denying Petition for Writ of Habeas Corpus (Doc. 16) filed April 11, 2018;

- Judgment Denying Petition for Writ of Habeas Corpus (Doc. 17) filed April 11, 2018; and,

- Notice of Appeal (Doc. 18) filed May 9, 2018.

2)     Counsel's appellate assistant contacted Diane Slayton, Assistant Attorney General and she advised that the State had no objection to the granting of this Motion to Exempt. Said Motion was granted July 2, 2018, and as stated above the Brief and Appendix were filed August 1, 2018.

3)     Then, on August 27, 2018, this Court granted a Certificate of Appealability and the State was ordered to file a Brief by September 26, 2018. At that time, it was discovered that the Petition for Writ of Habeas Corpus, the Brief in Support of Petition for Writ of Habeas Corpus and the Petitioner's Reply had been inadvertently omitted from the Appendix filed on August 1, 2018.

4)     In order for the State to properly reference the Appendix pages in its Brief, the original Appendix has to be amended to include the omitted documents listed in Paragraph No. 3 above; therefore, the State should be granted thirty (30) days from the filing of the proper Appendix to file its Brief. Also, this Court's Order of August 27, 2018 will be added to the Amended Appendix as well.

**WHEREFORE,** good cause being shown, Jimmy Nazario, Jr., respectfully requests that this Court grant his Motion to File Amended Brief and Appendix. The Brief is amended for the sole purpose of inserting the correct page numbers from the Amended Appendix.

Respectfully submitted,

*/s/ David B. Autry*
David B. Autry, OBA #11600
1021 N.W. 16th St.
Oklahoma City, OK 73106
Telephone:  405.521.9600
Facsimile:  405.521.9669
E-mail:     dbautry77@gmail.com

*COUNSEL FOR PETITIONER/APPELLANT*

## CERTIFICATE OF DIGITAL SUBMISSION

I hereby certify that with respect to the foregoing MOTION:

1. All required privacy redactions have been made;

2. If required to file additional hard copies, that the ECF submission is an exact copy of those documents;

3. The ECF submission was scanned for viruses with the most recent version of a commercial virus scanning program , Norton Internet Security, last updated on the date of this filing, and that according to the program is free of viruses.

*/s/ David B. Autry*

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on September 10, 2018, I electronically filed the foregoing MOTION using the CM/ECF system which will send notification of filing to the following ECF registrants: Diane Slayton and Theodore Peeper, Assistant Attorney Generals.

*/s/ David B. Autry*