FILED  
United States Court of Appeals  
Tenth Circuit

September 12, 2018

Elisabeth A. Shumaker  
Clerk of Court

## UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

_____

JIMMY NAZARIO, JR.,

    Petitioner - Appellant,

v.

JOE ALLBAUGH,

    Respondent - Appellee.

No. 18-6086

_____

### ORDER
_____

This matter is before the court on Appellant's *Motion to File Amended Brief and Appendix*. At the direction of the court, the motion is granted. Appellant shall electronically file his amended brief and appendix on or before September 14, 2018. Appellee shall file and serve his response brief within 30 days of service of the amended brief and appendix.

    Entered for the Court  
    ELISABETH A. SHUMAKER, Clerk

    */s/ Jane K. Castro*

    by: Jane K. Castro  
        Counsel to the Clerk